STATE of Missouri, Respondent,

v.

Jeremy CLARK, Appellant.

No. WD 45827.

Missouri Court of Appeals, Western District.

Dec. 22, 1992.

Mary K. Anderson, Columbia, for appellant.

Joe L. Moseley, Pros. Atty., Jane Garland, Asst. Pros. Atty., Columbia, for respondent.

Before FENNER, P.J., and TURNAGE and KENNEDY, JJ.

ORDER

PER CURIAM:

Defendant appeals his jury conviction for driving while intoxicated pursuant to § 577.010 RSMo, 1986, and the sentence of thirty days in jail and two years unsupervised probation.

The judgment of conviction is affirmed. Rule 30.25(b).